# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

IN THE MATTER OF THE
DETENTION OF:

A.O.,

                Petitioner.

No. 84670-1-I

DIVISION ONE

UNPUBLISHED OPINION

FELDMAN, J. — After a bench trial, the court concluded that A.O. presented a likelihood of serious harm to others and was gravely disabled and involuntarily committed her for 14 days. A.O. asserts that she had a constitutional right to have a jury determine whether she had a mental illness justifying a 14-day involuntary commitment. We disagree.

This court rejected A.O.'s argument in *In re Detention of S.E.*, 199 Wn. App. 609, 611, 400 P.3d 1271 (2017). We confirmed *S.E.*'s holding that there is no right to a jury trial in a hearing on a 14-day involuntary commitment petition in *In re Detention of T.C.*, 11 Wn. App. 2d 51, 59-60, 450 P.3d 1230 (2019).

A.O. argues that *S.E.* erred in its analysis of whether an individual is constitutionally entitled to a jury trial under article I, section 21 of the Washington

Constitution. *See S.E.*, 199 Wn. App. at 614-15. Because A.O. advances no novel theory as to why our analysis in *S.E.* is incorrect, we decline to overrule its holding.

Affirmed.

WE CONCUR:

Feldman, J.

Birk, J.

Hazelrigg, ACJ